**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6940**

———————————

UNITED STATES OF AMERICA,

                                Plaintiff - Appellee,

     versus

ANDRÉ TERRY HALL,

                                Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CR-94-92, CA-97-745-R)

———————————

Submitted: October 20, 1998      Decided: November 4, 1998

———————————

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Eric Richard Nordman, Westerville, Ohio; Malcolm McLeod Doubles, Salem, Virginia, for Appellant.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

André T. Hall seeks to appeal the district court's order denying his Fed. R. Civ. P. 60(b) motion to reinstate his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Hall</u>, Nos. CR-94-92, CA-97-745-R (W.D. Va. June 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>